Jacob C. Goldberg, OSB No. 162565
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR  97205
Telephone:  503.224.3380
Facsimile:  503.220.2480
Email:  jacob.goldberg@stoel.com

*Attorneys for Interested Parties*
*Megan Hall and Surro Connections, Inc.*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

In re

TIFFANY NICOLE VOSHALL,
aka Nic Voshall,

          Debtor.

Case No. 22-31999-pcm7

**STIPULATED MOTION FOR EXTENSION OF SURRO PARTIES' DEADLINE TO FILE COMPLAINT FOR DETERMINATION OF DISCHARGEABILITY**

       Interested parties Megan Hall ("***Hall***") and Surro Connections, Inc. ("***Surro***," and together with Hall, the "***Surro Parties***"), by and through their undersigned counsel, move this Court for an order extending the Surro Parties' deadline to file a complaint for a determination of the dischargeability of debtor Tiffany Nicole Voshall's (the "***Debtor***") obligations under the Agreement (defined below). The Debtor stipulates to this Motion. In support of this Motion, the Surro Parties and the Debtor stipulate as follows:

Page 1 of 4 – STIPULATED MOTION FOR EXTENSION OF SURRO PARTIES' DEADLINE TO FILE COMPLAINT FOR DETERMINATION OF DISCHARGEABILITY

1.      The Surro Parties filed a lawsuit against the Debtor and other defendants in the U.S. District Court for the District of Oregon under Case No. 3:20-cv-00278-IM (the "***Lawsuit***") and the Debtor later asserted a counterclaim therein.

2.      On or about November 9, 2020, the Surro Parties, the Debtor, and other defendants settled the Lawsuit and entered into that certain Settlement and Release Agreement effective as of November 9, 2020 (the "***Agreement***").

3.      On November 30, 2022 (the "***Petition Date***"), the Debtor filed a voluntary petition for relief under chapter 7 of the Bankruptcy Code, commencing the above captioned case (the "***Bankruptcy Case***"). Kenneth S. Eiler has been appointed as the chapter 7 trustee. The section 341 meeting of creditors was first scheduled for December 29, 2022.

4.      The Surro Parties and the Debtor are currently negotiating the terms of a stipulation wherein the Surro Parties and the Debtor would agree that the Debtor's obligations under the Agreement will not be discharged by any order of discharge entered in this Bankruptcy Case.

5.      The Surro Parties are interested parties in this Bankruptcy Case because of the Agreement.

6.      Pursuant to Federal Rule of Bankruptcy Procedure ("***FRBP***") 4007(c), complaints for a determination of the dischargeability of certain debts must be filed "no later than 60 days after the first date set for the meeting of creditors under § 341(a)." The last day of the 60-day period in currently set for February 27, 2023 (the "***Current Complaint Deadline***").

7.      To preserve the Surro Parties' rights while the Surro Parties and the Debtor continue to negotiate, the Surro Parties and the Debtor hereby stipulate to a 30-day extension of the Surro Parties' deadline to file a complaint for a determination of the dischargeability of the Debtor's obligations under the Agreement, through and including March 29, 2023.

8.      Cause exists to extend the Current Complaint Deadline because such an extension facilitates the efforts of the Surro Parties and the Debtor to find a mutually agreed upon

resolution regarding the dischargeability of the Debtor's obligations under the Agreement. This request is timely because it is made before the expiration of the Current Complaint Deadline.

WHEREFORE, the Surro Parties and the Debtor pray that this Court enter an order granting a 30-day extension of the deadline under FRBP 4007(c) for the Surro Parties to file a complaint for a determination of the dischargeability of the Debtor's obligations under the Agreement, thereby extending the deadline from February 27, 2023, to March 29, 2023. A proposed form of order is attached hereto as **Exhibit A**.

IT IS SO STIPULATED:

DATED:  February 27, 2023          STOEL RIVES LLP


*/s/ Jacob C. Goldberg*
By: Jacob C. Goldberg, OSB No. 162565
    760 SW Ninth Avenue, Suite 3000
    Portland, OR  97205
    Telephone:  503.224.3380
    Facsimile:  503.220.2480
    Email:  jacob.goldberg@stoel.com

*Attorneys for Interested Parties*
*Megan Hall and Surro Connections, Inc.*


DATED:  February 27, 2023          TODD TRIERWEILER & ASSOCIATES


*/s/ Gerald R. Pederson*
By: Gerald R. Pederson, OSB No. 963896
    4721 NE 102nd Ave
    Portland, OR  97220
    Telephone:  503.253.7777
    Facsimile:  503.253.2959
    Email:  geraldpe@bankruptcylawctr.com

*Attorneys for Debtor Tiffany Nicole Voshall*

118573299.1 0072283-00005

Presented By:

STOEL RIVES LLP

/s/ Jacob C. Goldberg
_____
By: Jacob C. Goldberg, OSB No. 162565
    760 SW Ninth Avenue, Suite 3000
    Portland, OR  97205
    Telephone:  503.224.3380
    Facsimile:  503.220.2480
    Email:  jacob.goldberg@stoel.com

*Attorneys for Interested Parties*
*Megan Hall and Surro Connections, Inc.*

118573299.1 0072283-00005

# EXHIBIT A
### *(Proposed Order)*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

In re

TIFFANY NICOLE VOSHALL,
aka Nic Voshall,

           Debtor.

Case No. 22-31999-pcm7

**ORDER GRANTING STIPULATED
MOTION FOR EXTENSION OF
SURRO PARTIES' DEADLINE TO FILE
COMPLAINT FOR DETERMINATION
OF DISCHARGEABILITY**

THIS MATTER having come before the Court upon the *Stipulated Motion for Extension*

*of Surro Parties' Deadline to File Complaint for Determination of Dischargeability* [ECF

No. ___] (the "***Motion***"), [1] and the Court being duly advised in the premises and finding good

cause exists to grant the requested relief.

---

[1] Capitalized terms not defined herein have the meanings ascribed to them in the Motion.

Page 1 of 2 – ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF
          SURRO PARTIES' DEADLINE TO FILE COMPLAINT FOR
          DETERMINATION OF DISCHARGEABILITY

118577131.1 0072283-00005

NOW, THEREFORE, IT IS HEREBY ORDERED that the deadline under FRBP 4007(c)

for the Surro Parties to file a complaint for a determination of the dischargeability of the

Debtor's obligations under the Agreement is hereby extended by 30 days, through and including

March 29, 2023.

###

I certify that I have complied with the requirements of LBR 9021-1(a).

Presented By:

STOEL RIVES LLP

*/s/ Jacob C. Goldberg*
By: Jacob C. Goldberg, OSB No. 162565
    760 SW Ninth Avenue, Suite 3000
    Portland, OR  97205
    Telephone:  503.224.3380
    Facsimile:  503.220.2480
    Email:  jacob.goldberg@stoel.com

*Attorneys for Interested Parties*
*Megan Hall and Surro Connections, Inc.*

cc: List of Interested Parties

Page 2 of 2 – ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF
        SURRO PARTIES' DEADLINE TO FILE COMPLAINT FOR
        DETERMINATION OF DISCHARGEABILITY

118577131.1 0072283-00005

## LIST OF INTERESTED PARTIES

*ECF Participants:*

- **Kenneth S Eiler**    or10@ecfcbis.com
- **Todd Trierweiler**    orecf@bankruptcylawctr.com, orecf@whiz.to
- **US Trustee, Portland**    USTPRegion18.PL.ECF@usdoj.gov

*Non-ECF Participants:*

None

118577131.1 0072283-00005

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2023, a full and correct copy of the foregoing

document was filed with the Clerk of Court via the CM/ECF electronic filing system which

caused a copy to be served electronically upon the following:

- Kenneth S Eiler    or10@ecfcbis.com
- TODD TRIERWEILER    orecf@bankruptcylawctr.com, orecf@whiz.to
- US Trustee, Portland    USTPRegion18.PL.ECF@usdoj.gov


STOEL RIVES LLP

*/s/ Jacob C. Goldberg*
Jacob C. Goldberg, OSB No. 162565
jacob.goldberg@stoel.com
Telephone:  503.224.3380
Facsimile:  503.220.2480

*Attorneys for Interested Parties*
*Megan Hall and Surro Connections, Inc.*

118573299.1 0072283-00005