DISTRICT OF OREGON
**F I L E D**
February 28, 2023
Clerk, U.S. Bankruptcy Court

Below is an order of the court.

_____
PETER C. McKITTRICK
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

In re

TIFFANY NICOLE VOSHALL,
aka Nic Voshall,

        Debtor.

Case No. 22-31999-pcm7

**ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF SURRO PARTIES' DEADLINE TO FILE COMPLAINT FOR DETERMINATION OF DISCHARGEABILITY**

THIS MATTER having come before the Court upon the *Stipulated Motion for Extension of Surro Parties' Deadline to File Complaint for Determination of Dischargeability* [ECF No. 17] (the "***Motion***"), [1] and the Court being duly advised in the premises and finding good cause exists to grant the requested relief.

---

[1] Capitalized terms not defined herein have the meanings ascribed to them in the Motion.

Page 1 of 2 – ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF
        SURRO PARTIES' DEADLINE TO FILE COMPLAINT FOR
        DETERMINATION OF DISCHARGEABILITY

NOW, THEREFORE, IT IS HEREBY ORDERED that the deadline under FRBP 4007(c) for the Surro Parties to file a complaint for a determination of the dischargeability of the Debtor's obligations under the Agreement is hereby extended by 30 days, through and including March 29, 2023.

###

I certify that I have complied with the requirements of LBR 9021-1(a).

Presented By:

STOEL RIVES LLP

 /s/ Jacob C. Goldberg
By: Jacob C. Goldberg, OSB No. 162565
    760 SW Ninth Avenue, Suite 3000
    Portland, OR  97205
    Telephone:  503.224.3380
    Facsimile:  503.220.2480
    Email:  jacob.goldberg@stoel.com

*Attorneys for Interested Parties*
*Megan Hall and Surro Connections, Inc.*

cc: List of Interested Parties

Page 2 of 2 – ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF SURRO PARTIES' DEADLINE TO FILE COMPLAINT FOR DETERMINATION OF DISCHARGEABILITY

118577131.1 0072283-00005

## LIST OF INTERESTED PARTIES

*ECF Participants:*

- **Kenneth S Eiler**   or10@ecfcbis.com
- **Todd Trierweiler**   orecf@bankruptcylawctr.com, orecf@whiz.to
- **US Trustee, Portland**   USTPRegion18.PL.ECF@usdoj.gov

*Non-ECF Participants:*

None